638 A.2d 1258

IN THE MATTER OF DOUGLAS R. SMITH,
AN ATTORNEY AT LAW.

March 15, 1994.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that **DOUGLAS R. SMITH,** of **FAIR LAWN,** who was admitted to the bar of this State in 1974, be suspended from the practice of law for a period of one year for his conduct in the handling of the matters of a client, including gross neglect, lack of diligence, a pattern of neglect, misrepresentations to the client, and a failure to advise the client to seek independent counsel prior to entering into a business relationship with respondent, all in violation of *DR* 1–102(A)(1), (4) and (6), *DR* 5–104(A), *DR* 6–101(A)(1) and (2), *DR* 7–101(A)(1), (2) and (3), *RPC* 1.1(a) and (b), *RPC* 1.3, *RPC* 1.4, *RPC* 1.8(a) and *RPC* 8.4(a) and (c), and good cause appearing;

It is ORDERED that the findings of the Disciplinary Review Board are hereby adopted and respondent is suspended from practice for a period of one year, effective April 11, 1994, and until the further Order of the Court; and it is further

ORDERED that the Decision and Recommendation of the Disciplinary Review Board, together with this Order and the full record of the matter, be added as a permanent part of the file of said **DOUGLAS R. SMITH** as an attorney at law of the State of New Jersey; and it is further

ORDERED that **DOUGLAS R. SMITH** be and hereby is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended, disbarred or resigned attorneys; and it is further

ORDERED that **DOUGLAS R. SMITH** reimburse the Ethics Financial Committee for appropriate administrative costs.